| | | | |
|---|---|---|---|
| AUSA: | Catherine Morris | Telephone: | (313) 226-9100 |
| Special Agent: | Kristopher Mead | Telephone: | (313) 226-0500 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Muntadar ALMOUSAWI | Case No. | Case: 2:26−mj−30436<br>Assigned To : Unassigned<br>Assign. Date : 7/20/2026<br>Description: CMP USA V. SEALED<br>(DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 8, 2023 to Sept. 5, 2025 _____ in the county of _Wayne and Washtenaw_ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 U.S.C. § 5324(a)(1), (3) and 5324(d)(2) | Structuring financial transactions to evade reporting requirements |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kristopher Mead, Special Agent - HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____ July 20, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kristopher Mead, declare the following under penalty of perjury:

1.      I am a special agent with Homeland Security Investigations (HSI) currently assigned to the National Security Global Trade group located in Detroit, Michigan, and have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses, including structuring transactions to evade reporting requirements. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, local law enforcement, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

2.      Muntadar ALMOUSAWI is a 47-year-old citizen of the United States and national of Iraq. He formed several business entities in the state of Michigan including Allen Park Mini Mart Inc., Metro Detective Agency LLC, and Red Jacket LLC.

3.      From January 2022 to December 2025, ALMOUSAWI held 11 different financial accounts at four different financial institutions.

1

The accounts are/were held in the names of Allen Park Mini Mart, Metro Detective Agency, Red Jacket LLC, and his own name with and without others. One account is believed to be held jointly with his parents and utilizes an unrelated mailing address.

4. From January 2022 to December 2025, $623,453 in cash was deposited to these eleven accounts of ALMOUSAWI's. Below is the amount of cash deposited by year:

| | |
|---|---|
| 2022 | $  94,550 |
| 2023 | $107,349 |
| 2024 | $293,034 |
| 2025 | $128,520 |

5. Of these cash deposits, $330,567 (53 percent) appears structured to avoid the filing of a Currency Transaction Report (CTR). Financial institutions are required to file a CTR with the government when a cash deposit *exceeds* $10,000. Of ALMOUSAWI's 45 structured cash deposits, 15 of them were exactly $10,000. Some of the structured transactions occurred on the same day, at different bank branches, in different banks or different accounts, and some occurred on consecutive days. The structured deposits are illustrated in the following table. The outlined blocks highlight deposits on consecutive days; the red font indicates deposits made on the same day at different banks.

2

| Account Number | Bank | Account | Date | Amount |
|---|---|---|---|---|
| xxxx3111 | Huntington Bank | Red Jacket LLC | 05/08/2023 | $ 10,000.00 |
| xxxx3111 | Huntington Bank | Red Jacket LLC | 05/09/2023 | $ 10,000.00 |
| xxxx3111 | Huntington Bank | Red Jacket LLC | 05/10/2023 | $ 10,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 06/06/2023 | $ 9,320.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 06/08/2023 | $ 9,300.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 06/09/2023 | $ 3,647.00 |
| xxxx4370 | Huntington Bank | Muntadar Almousawi | 02/22/2024 | $ 5,500.00 |
| xxxx4370 | Huntington Bank | Muntadar Almousawi | 02/22/2024 | $ 4,500.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 02/22/2024 | $ 5,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 02/23/2024 | $ 10,000.00 |
| xxxx2350 | Bank of America | Almousawi & Fathollah | 02/26/2024 | $ 5,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 02/26/2024 | $ 10,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 02/26/2024 | $ 5,000.00 |
| xxxx8329 | Huntington Bank | Muntadar Almousawi | 02/28/2024 | $ 10,000.00 |
| xxxx5698 | Fifth Third Bank | Metro Detective Agency | 02/29/2024 | $ 10,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/01/2024 | $ 10,000.00 |
| xxxx9597 | JPMorgan Chase | Metro Detective Agency | 03/04/2024 | $ 10,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/04/2024 | $ 8,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/06/2024 | $ 6,500.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/06/2024 | $ 4,300.00 |
| xxxx25698 | Fifth Third Bank | Metro Detective Agency | 03/07/2024 | $ 9,750.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/08/2024 | $ 10,000.00 |
| xxxx8329 | Huntington Bank | Muntadar Almousawi | 03/09/2024 | $ 10,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/11/2024 | $ 10,000.00 |
| xxxx9597 | JPMorgan Chase | Metro Detective Agency LLC | 03/13/2024 | $ 6,150.00 |
| xxxx2350 | Bank of America | Almousawi & Fathollah | 03/18/2024 | $ 2,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/18/2024 | $ 8,000.00 |
| xxxx9597 | JPMorgan Chase | Metro Detective Agency LLC | 03/19/2024 | $ 2,000.00 |
| xxxx4370 | Huntington Bank | Muntadar Almousawi | 03/19/2024 | $ 10,000.00 |
| xxxx3862 | Huntington Bank | Allen Park Mini Mart | 03/19/2024 | $ 100.00 |
| xxxx9564 | Huntington Bank | Metro Detective Agency LLC | 3/21/2024 | $ 10,000.00 |
| xxxx9564 | Huntington Bank | Metro Detective Agency LLC | 3/26/2024 | $ 10,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 10/28/2024 | $ 8,600.00 |
| xxxx4370 | Huntington Bank | Muntadar Almousawi | 10/30/2024 | $ 7,000.00 |
| xxxx3111 | Huntington Bank | Red Jacket LLC | 10/30/2024 | $ 2,000.00 |
| xxxx9597 | JPMorgan Chase | Metro Detective Agency | 02/12/2025 | $ 5,000.00 |
| xxxx3078 | JPMorgan Chase | Muntadar Almousawi | 02/13/2025 | $ 8,700.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart | 03/04/2025 | $ 8,000.00 |
| xxxx5698 | Fifth Third Bank | Metro Detective Agency | 03/05/2025 | $ 6,500.00 |

3

| | | | | | |
|---|---|---|---|---|---|
| xxxx2350 | Bank of America | Almousawi & Fathollah | 07/28/2025 | $ | 7,500.00 |
| xxxx9597 | JPMorgan Chase | Metro Detective Agency | 07/29/2025 | $ | 5,000.00 |
| xxxx5698 | Fifth Third Bank | Metro Detective Agency | 09/02/2025 | $ | 9,600.00 |
| xxxx9597 | JPMorgan Chase | Metro Detective Agency | 09/03/2025 | $ | 5,000.00 |
| xxxx9402 | Bank of America | Allen Park Mini Mart Inc | 09/03/2025 | $ | 5,000.00 |
| xxxx5698 | Fifth Third Bank | Metro Detective Agency | 09/05/2025 | $ | 8,600.00 |
| | | | **Total** | **$** | **330,567.00** |

6.  In my training and experience, individuals involved in illegal activity often break up or "structure" their cash deposits on the same or consecutive days to avoid the filing of a currency transaction report (CTR) with Financial Crimes Enforcement Network (FinCEN). A CTR is a mandatory anti-money laundering form filed by U.S. financial institutions with FinCEN for any cash transactions exceeding $10,000 in a single business day. Breaking large cash sums into smaller transactions on the same or in consecutive days with the intent to evade the CTR reporting requirement constitutes a federal crime known as structuring. From my training and experience, and conversations with other law enforcement investigators, the above transactions equate to structuring.

7.  Based on the above information, I believe there is probable cause to conclude that Muntadar ALMOUSAWI has knowingly structured transactions to evade reporting requirements in violation of Title 31,

4

United States Code, Section 5324(a)(1) and (3). Further, the conduct appears to be part of a pattern of illegal activity involving more than $100,000 in a 12-month period and thus subject to enhanced criminal penalties under Title 31, United States Code, Section 5324(d)(2).

Respectfully submitted,

Kristopher Mead, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me in my
presence and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Date:
     July 20, 2026

5